# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 01-1996

———————

| | |
|---|---|
| Suzanne Schmidt, | * |
| | * |
| Appellant, | * Appeal from the United States |
| | * District Court for the |
| v. | * District of Nebraska. |
| | * |
| Dayton Hudson, Inc., | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

———————

Submitted: February 11, 2002

Filed: February 21, 2002

———————

Before BOWMAN, RICHARD S. ARNOLD, and WOLLMAN, Circuit Judges.

———————

PER CURIAM.

Suzanne Schmidt brought a Title VII case against Dayton Hudson, Inc., asserting claims of hostile work environment, retaliation, and constructive discharge. The District Court[1] granted summary judgment in favor of Dayton Hudson. Schmidt appeals, arguing that the evidence in the summary-judgment record shows various disputed issues of material fact that preclude summary judgment.

---

[1]The Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska, presiding with the consent of the parties pursuant to 28 U.S.C. § 636(c).

Having reviewed the record de novo in light of the briefs and oral arguments and applying well-established summary-judgment standards, we are satisfied the District Court correctly ruled that Dayton Hudson was entitled to summary judgment. We conclude that as a matter of law Schmidt has failed to make a case for trial on any of her claims. Finding no flaw in the District Court's thorough and well-reasoned memorandum and order, we affirm the final judgment entered by that court against Schmidt and in favor of Dayton Hudson. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.